No. 26-246

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

————————————

JOANN BOGARD; ANNIE MCGRATH;
JANE DOE; BECCA SCHMILL FOUNDATION,

*Plaintiffs-Appellants*,

v.

ALPHABET INC.; XXVI HOLDINGS INC;
GOOGLE LLC; YOUTUBE, LLC; BYTEDANCE, INC., TIKTOK INC.,

*Defendants-Appellees*.

————————————

On Appeal from the United States District Court
for the Northern District of California, No. 5:24-cv-03131
Hon. Virginia Kay DeMarchi

————————————

## MOTION OF DEFENDANTS-APPELLEES TO TRANSMIT
## DOCUMENTARY EXHIBITS

Pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-14, Defendants-Appellees respectfully move for leave to transmit to the Court four video exhibits that were lodged with the district court in connection with briefing on Defendants' motion to dismiss below. *See* Dkt. 89-7. Plaintiffs-Appellants oppose this motion.

This appeal concerns, among other things, whether Defendants removed or otherwise acted on certain third-party content reported by

1

users on their platforms. In particular, Plaintiffs' pleadings incorporated the four videos by reference, alleging that Plaintiffs reported these videos as "harmful content" that Defendants did not remove. ER-170 ¶ 66; ER-173 ¶ 81. The four videos are as follows:

1. **Exhibit 1:** YouTube video containing the unique ID "6feCGPUh3KY" as cited in Plaintiffs-Appellants' First Amended Complaint. ER-170 ¶ 66 n.15; *see also* Dkt. 1 ¶ 69 n.14.

2. **Exhibit 2:** YouTube video containing the unique ID "MB7PZoOUY8g" as cited in Plaintiffs-Appellants' First Amended Complaint. ER-170 ¶ 66 n.16; *see also* Dkt. 1 ¶ 69 n.15.

3. **Exhibit 3:** YouTube video containing the unique ID "BvyBDOeagGg" as cited in Plaintiffs-Appellants' First Amended Complaint. ER-173 ¶ 81 n.17; *see also* Dkt. 1 ¶ 82 n.16.

4. **Exhibit 4:** YouTube video containing the unique ID "hbFVqD9XSrQ" as cited in Plaintiffs-Appellants' First Amended Complaint. ER-173 ¶ 81 n.17; *see also* Dkt. 1 ¶ 82 n.16.

In their briefing in support of their motion to dismiss Plaintiffs' initial complaint, Defendants submitted a declaration from a YouTube employee authenticating these videos, which Defendants simultaneously lodged with the district court. *See* Dkts. 89-7, 89-8. Because the videos are part of the district court record, Defendants request leave to transmit them to the Court via USB media.

2

Accordingly, Defendants respectfully request that the Court permit transmission of the four video exhibits identified above. Plaintiffs oppose the relief requested in this motion.

Dated: June 25, 2026

Respectfully submitted,

/s/ Tiana Demas

| | |
|---|---|
| David P. Mattern | Tiana Demas |
| KING & SPALDING LLP | COOLEY LLP |
| 1700 Pennsylvania Avenue NW | 110 N. Wacker Drive |
| Suite 900 | 42nd Floor |
| Washington, DC 20006 | Chicago, IL 60606 |
| (202) 737-0500 | tdemas@cooley.com |
| dmattern@kslaw.com | |

Geoffrey M. Drake
Martha Banner Banks
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309

Kyle C. Wong
Reece Trevor
COOLEY LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111

Paul J. Watford
Rachel Yeung
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

Elizabeth B. Prelogar
Raymond P. Tolentino
COOLEY LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004

*Counsel for Defendants-Appellees
ByteDance Inc. and TikTok Inc.*

Patrick J. Hayden
COOLEY LLP
55 Hudson Yards
New York, NY 10001

*Counsel for Defendants-
Appellees Alphabet Inc., XXVI
Holdings Inc, Google LLC, and
YouTube, LLC*

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Federal Rules of Appellate Procedure 27(d)(2) and Circuit Rule 27-1(1)(d) because it contains 302 words, excluding the portions exempted by Rule 27(d)(2) and 32(f) of the Federal Rules of Appellate Procedure and Circuit Rule 27-1(1)(d).

This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: June 25, 2026

*/s/ Tiana Demas*
Tiana Demas